UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REYES, | |
| Plaintiff, | 25-cv-302 (ALC) |
| -against- | **ORDER OF DISCONTINUANCE** |
| THE GREY DOG, INC., | |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five (45) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:  May 9, 2025
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**