UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NATHALIE REYES, on behalf of herself and
all others similarly situated,

              Plaintiffs,

        v.

The Grey Dog, Inc.,

              Defendant.

------------------------------------- x

Case no. 1:25-cv-302-ALC

STIPULATION OF DISMISSAL
WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: June 27, 2025

_/s/ Asher Cohen_

Asher Cohen, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street,
Flushing, NY 11367
T: (718) 914-9694
E: acohen@ealg.law
*Attorney for Plaintiff*

_/s/ David Stein_

David Stein
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
T: (212) 308-3444
E: dstein@steinllp.com
*Attorneys for Defendant*